It is hereby ORDERED that, pursuant to *N. J. S. A.* 2A:1B–9, said JUDGE FREDERICK W. HARDT be removed from the office of judge of the municipal courts of the Borough of Pemberton, the Township of Lumberton and the Township of Pemberton, effective immediately, except for the conclusion of matters reserved for decision which shall be disposed of forthwith; and it is further

ORDERED that the assignment judge for the County of Burlington shall supervise the disposition by acting municipal court judges of all other matters presently pending in the courts affected by this order.

### STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. LUTHER HELTON, DEFENDANT-RESPONDENT.

Argued January 11, 1977—Decided January 18, 1977.

*Mr. David S. Baime,* Deputy Attorney General, argued the cause for appellant (*Mr. William F. Hyland,* Attorney General of New Jersey, attorney; *Mr. William Welaj,* Deputy Attorney General of counsel and on the brief).

*Ms. Rosemary K. Reavey,* Deputy Assistant Public Defender, argued the cause for respondent (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed in the opinion of the Appellate Division.

*For affirmance*—Justices MOUNTAIN, SULLIVAN, PASHMAN and CLIFFORD and Judges CARTON and HALPERN—6.

*For reversal*—None.